## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| ELIJAH D. STEWARD,<br><br>       Plaintiff,<br><br>  vs.<br><br>EXPERIAN INFORMATION SOLUTIONS INC.; EQUIFAX INFORMATION SERVICES LLC; and TRANS UNION LLC;<br><br>       Defendants. | )<br>)<br>)<br>)<br>)   No. 2:26-cv-00065-JCN<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF APPEARANCE OF MICAH A. SMART

Please enter the appearance of Micah A. Smart and the firm of Murray, Plumb & Murray as counsel for Defendant, Trans Union, LLC, in the above-entitled matter.

Dated:  March 3, 2026

/s/ Micah A. Smart, Esq.
Micah A. Smart, Esq.
MURRAY, PLUMB & MURRAY
75 Pearl Street, P.O. Box 9785
Portland, ME  04104-5085
(207) 699-0052
Email:  msmart@mpmlaw.com