# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

ELIJAH D. STEWARD,⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀Plaintiff,⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀v.⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)⠀⠀Case No. 2:26-cv-00065-JCN
EXPERIAN INFORMATION⠀⠀⠀⠀⠀⠀)
SOLUTIONS, INC., EQUIFAX⠀⠀⠀⠀⠀⠀)
INFORMATION SERVICES LLC, and⠀)
TRANS UNION LLC,⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀)
⠀⠀⠀⠀Defendants.⠀⠀⠀⠀⠀⠀⠀⠀)

## FIRST AMENDED ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.

NOW COMES Defendant Experian Information Solutions, Inc. ("Experian"), by and through its undersigned counsel, and in response to the separately paragraphed allegations of Plaintiff Elijah Steward's Complaint (the "Complaint"), answers as follows:

1.⠀⠀⠀⠀In response to paragraph 1 of the Complaint, Experian admits that Plaintiff purports to bring an action based on Plaintiff's allegations as detailed in the Complaint. Experian denies, generally and specifically, the allegations contained therein.

2.⠀⠀⠀⠀In response to paragraph 2 of the Complaint, Experian lacks knowledge relating to parties other than Experian, and on that basis denies the allegations relating to other parties. As to those allegations that relate to Experian, Experian denies, generally and specifically, the allegations contained therein.

3.⠀⠀⠀⠀In response to paragraph 3 of the Complaint, Experian lacks information sufficient to form a belief as to the truth or falsity of the allegations contained therein, and on that basis, denies, generally and specifically, the allegations contained therein.

4.      In response to paragraph 4 of the Complaint, Experian lacks information sufficient to form a belief as to the truth or falsity of the allegations contained therein, and on that basis, denies, generally and specifically, the allegations contained therein.

5.      In response to paragraph 5 of the Complaint, Experian lacks information sufficient to form a belief as to the truth or falsity of the allegations contained therein, and on that basis, denies, generally and specifically, the allegations contained therein.

6.      In response to paragraph 6 of the Complaint, Experian lacks information sufficient to form a belief as to the truth or falsity of the allegations contained therein, and on that basis, denies, generally and specifically, the allegations contained therein.

7.      In response to paragraph 7 of the Complaint, Experian lacks information sufficient to form a belief as to the truth or falsity of the allegations contained therein, and on that basis, denies, generally and specifically, the allegations contained therein.

8.      In response to paragraph 8 of the Complaint, Experian lacks information sufficient to form a belief as to the truth or falsity of the allegations contained therein, and on that basis, denies, generally and specifically, the allegations contained therein.

9.      In response to paragraph 9 of the Complaint, Experian lacks knowledge relating to parties other than Experian, and on that basis denies the allegations relating to other parties. As to those allegations that relate to Experian, Experian denies, generally and specifically, those allegations contained therein.

2

10.     In response to paragraph 10 of the Complaint, Experian lacks information sufficient to form a belief as to the truth or falsity of the allegations contained therein, and on that basis, denies, generally and specifically, the allegations contained therein.

11.     In response to paragraph 11 of the Complaint, Experian lacks information sufficient to form a belief as to the truth or falsity of the allegations contained therein, and on that basis, denies, generally and specifically, the allegations contained therein.

12.     In response to paragraph 12 of the Complaint, Experian lacks knowledge relating to parties other than Experian, and on that basis denies the allegations relating to other parties. As to those allegations that relate to Experian, Experian denies that Experian's reporting caused Plaintiff any harm whatsoever. Experian denies, generally and specifically, the remainder of the allegations contained therein.

13.     In response to paragraph 13 of the Complaint, Experian lacks knowledge relating to parties other than Experian, and on that basis denies the allegations relating to other parties. As to those allegations that relate to Experian, these allegations appear to constitute inappropriate legal argumentation pertaining to discovery. To the extent a response is required, Experian denies, generally and specifically, the remainder of the allegations contained therein.

14.     In response to paragraph 14 of the Complaint, Experian lacks knowledge relating to parties other than Experian, and on that basis denies the allegations relating to other parties. As to those allegations that relate to Experian, Experian denies, generally and specifically, those allegations contained therein.

15.    In response to paragraph 15 of the Complaint, Experian lacks knowledge relating to parties other than Experian, and on that basis denies the allegations relating to other parties. As to those allegations that relate to Experian, Experian denies, generally and specifically, those allegations contained therein.

16.    In response to paragraph 16 of the Complaint, Experian lacks knowledge relating to parties other than Experian, and on that basis denies the allegations relating to other parties. Experian admits, as a general matter, that there are companies that Experian understands to be "data furnisher" that do supply consumer credit report information to Experian. As to those remaining allegations that relate to Experian, Experian denies, generally and specifically those allegations contained therein.

17.    In response to paragraph 17 of the Complaint, Experian lacks knowledge relating to parties other than Experian, and on that basis denies the allegations relating to other parties. As to those allegations that relate to Experian, Experian denies, generally and specifically, those allegations contained therein.

18.    In response to paragraph 18 of the Complaint, Experian lacks knowledge relating to parties other than Experian, and on that basis denies the allegations relating to other parties.

19.    In response to paragraph 19 of the Complaint, Experian lacks knowledge relating to parties other than Experian, and on that basis denies the allegations relating to other parties.

**Legal Standards**

20.    In response to paragraph 20 of the Complaint, Experian contends that this paragraph contains legal conclusions which are not subject to admission or denial. Further, to the extent

Plaintiff characterizes the Fair Credit Reporting Act, 15 U.S.C. § 1681, et seq ("FCRA"), the FCRA is a statute which speaks for itself.

21.     In response to paragraph 21 of the Complaint, Experian contends that this paragraph contains legal conclusions which are not subject to admission or denial.  Further, to the extent Plaintiff characterizes the FCRA, the FCRA is a statute which speaks for itself.

22.     In response to paragraph 22 of the Complaint, Experian contends that this paragraph contains legal conclusions which are not subject to admission or denial.  Further, to the extent Plaintiff characterizes the FCRA, the FCRA is a statute which speaks for itself.

23.     In response to paragraph 23 of the Complaint, Experian lacks knowledge relating to parties other than Experian, and on that basis denies the allegations relating to other parties.  As to those allegations that relate to Experian, Experian denies, generally and specifically, those allegations contained therein.

24.     In response to paragraph 24 of the Complaint, Experian lacks knowledge relating to parties other than Experian, and on that basis denies the allegations relating to other parties.  As to those allegations that relate to Experian, Experian denies, generally and specifically, those allegations contained therein.

25.     In response to paragraph 25 of the Complaint, Experian lacks knowledge relating to parties other than Experian, and on that basis denies the allegations relating to other parties.  As to those allegations that relate to Experian, Experian admits that Plaintiff has alleged claims actual, statutory, treble and punitive damages, declaratory relief, and statutory attorney's fees pursuant to the FCRA and the Maine Fair Credit Reporting Act, 10 M.R.S. §1306, et seq ("MFCRA").

Experian denies, generally and specifically, liability to the Plaintiff on any of Plaintiff's theories contained therein.

## Jurisdiction And Venue

26.    In response to paragraph 26 of the Complaint, Experian contends that this paragraph contains legal conclusions which are not subject to admission or denial.

27.    In response to paragraph 27 of the Complaint, Experian contends that this paragraph contains legal conclusions which are not subject to admission or denial.

## Parties

28.    In response to paragraph 28 of the Complaint, Experian lacks information sufficient to form a belief as to the truth or falsity of the allegations contained therein, and on that basis, denies, generally and specifically, the allegations contained therein.

29.    In response to paragraph 29 of the Complaint, Experian lacks information sufficient to form a belief as to the truth or falsity of the allegations contained therein, and on that basis, denies, generally and specifically, the allegations contained therein.

30.    In response to paragraph 30 of the Complaint, Experian lacks information sufficient to form a belief as to the truth or falsity of the allegations contained therein, and on that basis, denies, generally and specifically, the allegations contained therein.

31.    In response to paragraph 31 of the Complaint, Experian admits that it is a consumer reporting agency as that term is defined by the FCRA.

32.    In response to paragraph 32 of the Complaint, Experian denies, generally and specifically, that it has "headquarters" in Dublin, Ireland.

6

33.    In response to paragraph 33 of the Complaint, Experian lacks information sufficient to form a belief as to the truth or falsity of the allegations contained therein, and on that basis, denies, generally and specifically, the allegations contained therein.

34.    In response to paragraph 34 of the Complaint, Experian lacks information sufficient to form a belief as to the truth or falsity of the allegations contained therein, and on that basis, denies, generally and specifically, the allegations contained therein.

**Additional Factual Background**

35.    In response to paragraph 35 of the Complaint, Experian lacks information sufficient to form a belief as to the truth or falsity of the allegations contained therein, and on that basis, denies, generally and specifically, the allegations contained therein.

36.    In response to paragraph 36 of the Complaint, Experian lacks information sufficient to form a belief as to the truth or falsity of the allegations contained therein, and on that basis, denies, generally and specifically, the allegations contained therein.

37.    In response to paragraph 37 of the Complaint, Experian lacks information sufficient to form a belief as to the truth or falsity of the allegations contained therein, and on that basis, denies, generally and specifically, the allegations contained therein.

38.    In response to paragraph 38 of the Complaint, Experian admits that it has received multiple correspondence from an individual purporting to be Plaintiff.  Unless specifically admitted herein, Experian denies, generally and specifically, the allegations contained therein.

39.    In response to paragraph 39 of the Complaint, Experian lacks information sufficient to form a belief as to the truth or falsity of the allegations contained therein, and on that basis, denies, generally and specifically, the allegations contained therein.

40.    In response to paragraph 40 of the Complaint, Experian lacks information sufficient to form a belief as to the truth or falsity of the allegations contained therein, and on that basis, denies, generally and specifically, the allegations contained therein.

41.    In response to paragraph 41 of the Complaint, Experian lacks information sufficient to form a belief as to the truth or falsity of the allegations contained therein, and on that basis, denies, generally and specifically, the allegations contained therein.

42.    In response to paragraph 42 of the Complaint, Experian admits that it has received multiple correspondence from an individual purporting to be Plaintiff.  Unless specifically admitted herein, Experian denies, generally and specifically, the allegations contained therein.

43.    In response to paragraph 43 of the Complaint, Experian lacks information sufficient to form a belief as to the truth or falsity of the allegations contained therein, and on that basis, denies, generally and specifically, the allegations contained therein.

44.    In response to paragraph 44 of the Complaint, Experian lacks information sufficient to form a belief as to the truth or falsity of the allegations contained therein, and on that basis, denies, generally and specifically, the allegations contained therein.

45.    In response to paragraph 45 of the Complaint, Experian lacks information sufficient to form a belief as to the truth or falsity of the allegations contained therein, and on that basis, denies, generally and specifically, the allegations contained therein.

46.    In response to paragraph 46 of the Complaint, Experian admits that it has received multiple correspondence from an individual purporting to be Plaintiff.    Unless specifically admitted herein, Experian denies, generally and specifically, the allegations contained therein.

47.    In response to paragraph 47 of the Complaint, Experian lacks information sufficient to form a belief as to the truth or falsity of the allegations contained therein, and on that basis, denies, generally and specifically, the allegations contained therein.

48.    In response to paragraph 48 of the Complaint, Experian lacks information sufficient to form a belief as to the truth or falsity of the allegations contained therein, and on that basis, denies, generally and specifically, the allegations contained therein.

49.    In response to paragraph 49 of the Complaint, Experian lacks information sufficient to form a belief as to the truth or falsity of the allegations contained therein, and on that basis, denies, generally and specifically, the allegations contained therein.

50.    In response to paragraph 50 of the Complaint, Experian admits that it has received multiple correspondence from an individual purporting to be Plaintiff.    Unless specifically admitted herein, Experian denies, generally and specifically, the allegations contained therein.

51.    In response to paragraph 51 of the Complaint, Experian lacks information sufficient to form a belief as to the truth or falsity of the allegations contained therein, and on that basis, denies, generally and specifically, the allegations contained therein.

52.    In response to paragraph 52 of the Complaint, Experian lacks information sufficient to form a belief as to the truth or falsity of the allegations contained therein, and on that basis, denies, generally and specifically, the allegations contained therein.

53.     In response to paragraph 53 of the Complaint, as to those allegations that relate to other parties, Experian lacks information sufficient to form a belief as to the truth or falsity of those allegations, and on that basis denies, generally and specifically, those allegations contained therein.   As to those allegations that relate to Experian, Experian admits that it has received multiple correspondence from an individual purporting to be Plaintiff.   Unless specifically admitted herein, Experian denies, generally and specifically, the allegations contained therein.

54.     In response to paragraph 54 of the Complaint, Experian lacks information sufficient to form a belief as to the truth or falsity of the allegations contained therein, and on that basis, denies, generally and specifically, the allegations contained therein.

55.     In response to paragraph 55 of the Complaint, Experian lacks information sufficient to form a belief as to the truth or falsity of the allegations contained therein, and on that basis, denies, generally and specifically, the allegations contained therein.

56.     In response to paragraph 56 of the Complaint, Experian lacks information sufficient to form a belief as to the truth or falsity of the allegations contained therein, and on that basis, denies, generally and specifically, the allegations contained therein.

57.     In response to paragraph 57 of the Complaint, as to those allegations that relate to other parties, Experian lacks information sufficient to form a belief as to the truth or falsity of those allegations, and on that basis denies, generally and specifically, those allegations contained therein.  As to those allegations that relate to Experian, Experian denies, generally and specifically, the allegations contained therein.

58.     In response to paragraph 58 of the Complaint, Experian admits that it has received multiple correspondence from an individual purporting to be Plaintiff.   Unless specifically admitted herein, Experian denies, generally and specifically, the allegations contained therein.

59.     In response to paragraph 59 of the Complaint, Experian admits that it has received multiple correspondence from an individual purporting to be Plaintiff.   Unless specifically admitted herein, Experian denies, generally and specifically, the allegations contained therein.

60.     In response to paragraph 60 of the Complaint, Experian admits that it has received multiple correspondence from an individual purporting to be Plaintiff.   Unless specifically admitted herein, Experian denies, generally and specifically, the allegations contained therein.

61.     In response to paragraph 61 of the Complaint, Experian denies, generally and specifically, the allegations contained therein.

62.     In response to paragraph 62 of the Complaint, Experian lacks information sufficient to form a belief as to the truth or falsity of the allegations contained therein, and on that basis, denies, generally and specifically, the allegations contained therein.

63.     In response to paragraph 63 of the Complaint, Experian lacks information sufficient to form a belief as to the truth or falsity of the allegations contained therein, and on that basis, denies, generally and specifically, the allegations contained therein.

64.     In response to paragraph 64 of the Complaint, Experian lacks information sufficient to form a belief as to the truth or falsity of the allegations contained therein, and on that basis, denies, generally and specifically, the allegations contained therein.

65.     In response to paragraph 65 of the Complaint, Experian lacks information sufficient to form a belief as to the truth or falsity of the allegations contained therein, and on that basis, denies, generally and specifically, the allegations contained therein.

66.     In response to paragraph 66 of the Complaint, Experian lacks information sufficient to form a belief as to the truth or falsity of the allegations contained therein, and on that basis, denies, generally and specifically, the allegations contained therein.

67.     In response to paragraph 67 of the Complaint, Experian lacks information sufficient to form a belief as to the truth or falsity of the allegations contained therein, and on that basis, denies, generally and specifically, the allegations contained therein.

68.     In response to paragraph 68 of the Complaint, Experian lacks information sufficient to form a belief as to the truth or falsity of the allegations contained therein, and on that basis, denies, generally and specifically, the allegations contained therein.

69.     In response to paragraph 69 of the Complaint, Experian lacks information sufficient to form a belief as to the truth or falsity of the allegations contained therein, and on that basis, denies, generally and specifically, the allegations contained therein.

70.     In response to paragraph 70 of the Complaint, Experian lacks information sufficient to form a belief as to the truth or falsity of the allegations contained therein, and on that basis, denies, generally and specifically, the allegations contained therein.

71.     In response to paragraph 71 of the Complaint, Experian lacks information sufficient to form a belief as to the truth or falsity of the allegations contained therein, and on that basis, denies, generally and specifically, the allegations contained therein.

72.     In response to paragraph 72 of the Complaint, Experian lacks information sufficient to form a belief as to the truth or falsity of the allegations contained therein, and on that basis, denies, generally and specifically, the allegations contained therein.

73.     In response to paragraph 73 of the Complaint, Experian lacks information sufficient to form a belief as to the truth or falsity of the allegations contained therein, and on that basis, denies, generally and specifically, the allegations contained therein.

74.     In response to paragraph 74 of the Complaint, Experian lacks information sufficient to form a belief as to the truth or falsity of the allegations contained therein, and on that basis, denies, generally and specifically, the allegations contained therein.

75.     In response to paragraph 75 of the Complaint, the allegations in this paragraph do not constitute allegations pertaining to Plaintiff's claims against Experian, but, rather, appear to constitute preemptive discovery, and, as such, are inappropriate for the pleadings. See Fed. R. Civ. P. 8(a).

76.     In response to paragraph 76 of the Complaint, Experian lacks information sufficient to form a belief as to the truth or falsity of the allegations contained therein, and on that basis, denies, generally and specifically, the allegations contained therein.

**Count I – FCRA  § 1681c-2 (All Defendants)**

77.     In response to paragraph 77 of the Complaint, Experian incorporated the preceding paragraphs as if fully restated herein.

78.    In response to paragraph 78 of the Complaint, Experian contends that this paragraph contains legal conclusions which are not subject to admission or denial.  Further, to the extent Plaintiff characterizes the FCRA, the FCRA is a statute which speaks for itself.

79.    In response to paragraph 79 of the Complaint, as to those allegations that relate to other parties, Experian lacks information sufficient to form a belief as to the truth or falsity of those allegations, and on that basis denies, generally and specifically, those allegations contained therein.  As to those allegations that relate to Experian, Experian denies, generally and specifically, the allegations contained therein.

80.    In response to paragraph 80 of the Complaint, as to those allegations that relate to other parties, Experian lacks information sufficient to form a belief as to the truth or falsity of those allegations, and on that basis denies, generally and specifically, those allegations contained therein.  As to those allegations that relate to Experian, Experian denies, generally and specifically, the allegations contained therein.

81.    In response to paragraph 81 of the Complaint, as to those allegations that relate to other parties, Experian lacks information sufficient to form a belief as to the truth or falsity of those allegations, and on that basis denies, generally and specifically, those allegations contained therein.  As to those allegations that relate to Experian, Experian denies, generally and specifically, the allegations contained therein.

82.    In response to paragraph 82 of the Complaint, as to those allegations that relate to other parties, Experian lacks information sufficient to form a belief as to the truth or falsity of those allegations, and on that basis denies, generally and specifically, those allegations contained

14

therein.  As to those allegations that relate to Experian, Experian denies, generally and specifically, the allegations contained therein.

83.    In response to paragraph 83 of the Complaint, Experian denies the allegations contained therein.

84.    In response to paragraph 84 of the Complaint, Experian lacks information sufficient to form a belief as to the truth or falsity of those allegations, and on that basis denies, generally and specifically, those allegations contained therein.

85.    In response to paragraph 85 of the Complaint, Experian lacks information sufficient to form a belief as to the truth or falsity of those allegations, and on that basis denies, generally and specifically, those allegations contained therein.

86.    In response to paragraph 86 of the Complaint, as to those allegations that relate to other parties, Experian lacks information sufficient to form a belief as to the truth or falsity of those allegations, and on that basis denies, generally and specifically, those allegations contained therein.  As to those allegations that relate to Experian, Experian denies, generally and specifically, the allegations contained therein.

87.    In response to paragraph 87 of the Complaint, as to those allegations that relate to other parties, Experian lacks information sufficient to form a belief as to the truth or falsity of those allegations, and on that basis denies, generally and specifically, those allegations contained therein.  As to those allegations that relate to Experian, Experian denies, generally and specifically, the allegations contained therein.

88.     In response to paragraph 88 of the Complaint, as to those allegations that relate to other parties, Experian lacks information sufficient to form a belief as to the truth or falsity of those allegations, and on that basis denies, generally and specifically, those allegations contained therein.  As to those allegations that relate to Experian, Experian denies, generally and specifically, the allegations contained therein.

89.     In response to paragraph 89 of the Complaint, Experian contends that this paragraph contains legal conclusions which are not subject to admission or denial.  Further, to the extent Plaintiff characterizes the FCRA, the FCRA is a statute which speaks for itself.

90.     In response to paragraph 90 of the Complaint, Experian contends that this paragraph contains legal conclusions which are not subject to admission or denial.  Further, to the extent Plaintiff characterizes the FCRA, the FCRA is a statute which speaks for itself.

91.     In response to paragraph 91 of the Complaint, Experian contends that this paragraph contains legal conclusions which are not subject to admission or denial.  Further, to the extent Plaintiff characterizes the FCRA, the FCRA is a statute which speaks for itself.

92.     In response to paragraph 92 of the Complaint, as to those allegations that relate to other parties, Experian lacks information sufficient to form a belief as to the truth or falsity of those allegations, and on that basis denies, generally and specifically, those allegations contained therein.  As to those allegations that relate to Experian, Experian denies, generally and specifically, the allegations contained therein.

**Count II – FCRA § 1681i(a), §1681i(b), and §1681i(b) (All Defendants)**

93.     In response to paragraph 93 of the Complaint, Experian incorporates the preceding paragraphs as if restated fully herein.

94.     In response to paragraph 94 of the Complaint, Experian contends that this paragraph contains legal conclusions which are not subject to admission or denial.  Further, to the extent Plaintiff characterizes the FCRA, the FCRA is a statute which speaks for itself.

95.     In response to paragraph 95 of the Complaint, as to those allegations that relate to other parties, Experian lacks information sufficient to form a belief as to the truth or falsity of those allegations, and on that basis denies, generally and specifically, those allegations contained therein.  As to those allegations that relate to Experian, Experian denies, generally and specifically, the allegations contained therein.

96.     In response to paragraph 96 of the Complaint, as to those allegations that relate to other parties, Experian lacks information sufficient to form a belief as to the truth or falsity of those allegations, and on that basis denies, generally and specifically, those allegations contained therein.  As to those allegations that relate to Experian, Experian denies, generally and specifically, the allegations contained therein.

97.     In response to paragraph 97 of the Complaint, as to those allegations that relate to other parties, Experian lacks information sufficient to form a belief as to the truth or falsity of those allegations, and on that basis denies, generally and specifically, those allegations contained therein.  As to those allegations that relate to Experian, Experian denies, generally and specifically, the allegations contained therein.

**Count III –FCRA § 1681e(b) (All Defendants)**

98.     In response to paragraph 98 of the Complaint, Experian incorporates the preceding paragraphs as if restated fully herein.

99.     In response to paragraph 99 of the Complaint, as to those allegations that relate to other parties, Experian lacks information sufficient to form a belief as to the truth or falsity of those allegations, and on that basis denies, generally and specifically, those allegations contained therein.  Experian admits that it has prepared consumer reports for Plaintiff in the past.  As to those additional allegations that relate to Experian, Experian denies, generally and specifically, the remainder of the allegations contained therein.

100.    In response to paragraph 100 of the Complaint, Experian contends that this paragraph contains legal conclusions which are not subject to admission or denial.  Further, to the extent Plaintiff characterizes the FCRA, the FCRA is a statute which speaks for itself.

101.    In response to paragraph 101 of the Complaint, as to those allegations that relate to other parties, Experian lacks information sufficient to form a belief as to the truth or falsity of those allegations, and on that basis denies, generally and specifically, those allegations contained therein.  As to those allegations that relate to Experian, Experian denies, generally and specifically, the allegations contained therein.

102.    In response to paragraph 102 of the Complaint, as to those allegations that relate to other parties, Experian lacks information sufficient to form a belief as to the truth or falsity of those allegations, and on that basis denies, generally and specifically, those allegations contained therein.  As to those allegations that relate to Experian, Experian denies, generally and specifically, the allegations contained therein.

103.     In response to paragraph 103 of the Complaint, as to those allegations that relate to other parties, Experian lacks information sufficient to form a belief as to the truth or falsity of those allegations, and on that basis denies, generally and specifically, those allegations contained therein.  As to those allegations that relate to Experian, Experian denies, generally and specifically, the allegations contained therein.

### Count IV – Maine FCRA, 10 M.R.S. § 1310-H(2), (2-A) (All Defendants)

104.     In response to paragraph 104 of the Complaint, Experian incorporates the preceding paragraphs as if restated fully herein.

105.     In response to paragraph 105 of the Complaint, Experian contends that this paragraph contains legal conclusions which are not subject to admission or denial.

106.     In response to paragraph 106 of the Complaint, Experian contends that this paragraph contains legal conclusions which are not subject to admission or denial.

107.     In response to paragraph 107 of the Complaint, as to those allegations that relate to other parties, Experian lacks information sufficient to form a belief as to the truth or falsity of those allegations, and on that basis denies, generally and specifically, those allegations contained therein.  As to those allegations that relate to Experian, Experian denies, generally and specifically, the allegations contained therein.

108.     In response to paragraph 108 of the Complaint, as to those allegations that relate to other parties, Experian lacks information sufficient to form a belief as to the truth or falsity of those allegations, and on that basis denies, generally and specifically, those allegations contained

therein.  As to those allegations that relate to Experian, Experian denies, generally and specifically, the allegations contained therein.

### Punitive Damages – All Counts, All Defendants

109.    In response to paragraph 109 of the Complaint, Experian incorporates the preceding paragraphs as if restated fully herein.

110.    In response to paragraph 110 of the Complaint, as to those allegations that relate to other parties, Experian lacks information sufficient to form a belief as to the truth or falsity of those allegations, and on that basis denies, generally and specifically, those allegations contained therein.  As to those allegations that relate to Experian, Experian denies, generally and specifically, the allegations contained therein.

111.    In response to paragraph 111 of the Complaint, as to those allegations that relate to other parties, Experian lacks information sufficient to form a belief as to the truth or falsity of those allegations, and on that basis denies, generally and specifically, those allegations contained therein.  As to those allegations that relate to Experian, Experian denies, generally and specifically, the allegations contained therein.

112.    In response to paragraph 112 of the Complaint, as to those allegations that relate to other parties, Experian lacks information sufficient to form a belief as to the truth or falsity of those allegations, and on that basis denies, generally and specifically, those allegations contained therein.  As to those allegations that relate to Experian, Experian denies, generally and specifically, the allegations contained therein.

113.    In response to paragraph 113 of the Complaint, as to those allegations that relate to other parties, Experian lacks information sufficient to form a belief as to the truth or falsity of those allegations, and on that basis denies, generally and specifically, those allegations contained therein.  As to those allegations that relate to Experian, Experian denies, generally and specifically, the allegations contained therein.

114.    In response to paragraph 114 of the Complaint, as to those allegations that relate to other parties, Experian lacks information sufficient to form a belief as to the truth or falsity of those allegations, and on that basis denies, generally and specifically, those allegations contained therein.  As to those allegations that relate to Experian, Experian denies, generally and specifically, the allegations contained therein.

115.    In response to paragraph 115 of the Complaint, as to those allegations that relate to other parties, Experian lacks information sufficient to form a belief as to the truth or falsity of those allegations, and on that basis denies, generally and specifically, those allegations contained therein.  As to those allegations that relate to Experian, Experian denies, generally and specifically, the allegations contained therein.

116.    In response to paragraph 116 of the Complaint, as to those allegations that relate to other parties, Experian lacks information sufficient to form a belief as to the truth or falsity of those allegations, and on that basis denies, generally and specifically, those allegations contained therein.  As to those allegations that relate to Experian, Experian denies, generally and specifically, the allegations contained therein.

117.    In response to paragraph 117 of the Complaint, as to those allegations that relate to other parties, Experian lacks information sufficient to form a belief as to the truth or falsity of

21

those allegations, and on that basis denies, generally and specifically, those allegations contained therein. As to those allegations that relate to Experian, Experian denies, generally and specifically, the allegations contained therein.

118. In response to paragraph 118 of the Complaint, as to those allegations that relate to other parties, Experian lacks information sufficient to form a belief as to the truth or falsity of those allegations, and on that basis denies, generally and specifically, those allegations contained therein. As to those allegations that relate to Experian, Experian denies, generally and specifically, the allegations contained therein.

## RESPONSE TO PLAINTIFF'S PRAYER FOR RELIEF

In response to Plaintiff's "Prayer for Relief" paragraph and its subparts, as to those allegations that relate to other parties, Experian lacks information sufficient to form a belief as to the truth or falsity of those allegations, and on that basis denies, generally and specifically, those allegations contained therein. As to those allegations that relate to Experian, Experian denies, generally and specifically, the allegations contained therein.

## RESPONSE TO PLAINTIFF'S DEMAND FOR A JURY TRIAL

In response to Plaintiff's "DEMANDS TRIAL BY JURY" Experian admits that Plaintiff demands a jury trial.

## AFFIRMATIVE DEFENSES

In further response to Plaintiff's Complaint, Experian hereby asserts the following affirmative defenses, without conceding that it bears the burden of persuasion as to any of them.

22

## FIRST AFFIRMATIVE DEFENSE

The Complaint fails to set forth facts sufficient to state a claim upon which relief may be granted against Experian and further fails to state facts sufficient to entitle Plaintiff to the relief sought, or to any other relief whatsoever from Experian.

## SECOND AFFIRMATIVE DEFENSE

Experian is informed and believes and thereon alleges that all claims for relief or specific claims in the Complaint herein are barred by the applicable statutes of limitation and repose, given the timing of Plaintiff's allegations in relation to the filing of this Complaint, including but not limited to 15 U.S.C. § 1681p.

## THIRD AFFIRMATIVE DEFENSE

All claims against Experian are barred because all information Experian communicated to any third person regarding Plaintiff was true.

## FOURTH AFFIRMATIVE DEFENSE

Plaintiff has failed to mitigate his damages by taking out additional credit despite the known presence of inaccurate information and by failing to contact the respective furnisher to fix inaccurate credit information.

## FIFTH AFFIRMATIVE DEFENSE

Any purported damages allegedly suffered by Plaintiff are the results of the acts or omissions of third persons over whom Experian had neither control nor responsibility.

## SIXTH AFFIRMATIVE DEFENSE

Experian is informed and believes and thereon alleges that any alleged damages sustained by Plaintiff were, at least in part, caused by the actions of Plaintiff himself and/or third parties and resulted from Plaintiff's or third parties' own negligence which equaled or exceeded any alleged negligence or wrongdoing by Experian.

23

### SEVENTH AFFIRMATIVE DEFENSE

Any damages which Plaintiff may have suffered, which Experian continues to deny, were the direct and proximate result of the conduct of Plaintiff.  Therefore, Plaintiff is estopped and barred from recovery of any damages.

### EIGHTH AFFIRMATIVE DEFENSE

The Complaint and each claim for relief therein that seeks equitable relief are barred by the doctrine of unclean hands.

### NINTH AFFIRMATIVE DEFENSE

Experian alleges on information and belief that Plaintiff's claims may be the subject of an arbitration agreement between Plaintiff and Experian given that Plaintiff has agreed in the past to submit to arbitration with Experian relating to any and all claims that Plaintiff may have against Experian.

### TENTH AFFIRMATIVE DEFENSE

At all relevant times, Experian has complied with all applicable laws, regulations, and standards.

### ELEVENTH AFFIRMATIVE DEFENSE

All claims against Experian are barred by the qualified immunity of 15 U.S.C. § 1681h(e) should be dismissed.

### TWELFTH AFFIRMATIVE DEFENSE

The Complaint and each claim for relief therein are barred by laches.

### THIRTEENTH AFFIRMATIVE DEFENSE

Experian hereby gives notice that it intends to rely on any additional affirmative defenses that become available or apparent through discovery and/or the factual development in this case or otherwise, and thus reserves the right to amend its answer to assert such additional defenses.

## FOURTEENTH AFFIRMATIVE DEFENSE

Experian at all times maintained reasonable procedures, to ensure maximum possible accuracy and to perform reinvestigations in compliance with the FCRA, as well as under Maine State Law, including 10 M.R.S. § 1310-H(3).

## PRAYER FOR RELIEF

WHEREFORE, Defendant Experian Information Solutions, Inc. prays as follows:

(1)     That Plaintiff take nothing by virtue of the Complaint herein and that this action be dismissed in its entirety;

(2)     For costs of suit and attorneys' fees herein incurred; and

(3)     For such other and further relief as the Court may deem just and proper.

EXPERIAN INFORMATION
SOLUTIONS, INC.,

Dated: May 5, 2026                    /s/ Seth W. Brewster
                                      Seth W. Brewster
                                      Attorney for Defendant
                                      Experian Information Solutions, Inc.

JENSEN BAIRD
10 Free Street
P.O. Box 4150
Portland, ME 04112-4150
(207) 775-7271
sbrewster@jensenbaird.com

25