**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | | |
|---|---|---|
| ELIJAH D. STEWARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 2:26-cv-00065-JCN |
| EXPERIAN INFORMATION | ) | |
| SOLUTIONS INC., EQUIFAX | ) | |
| INFORMATION SERVICES LLC; | ) | |
| and TRANS UNION LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF APPEARANCE**

The Clerk will please enter my appearance on behalf of Defendant Trans Union, LLC in

the above-captioned action.


TRANS UNION, LLC

By its attorney,

Dated:  June 3, 2026                    /s/ Alfred J.F. Morrow, III
                                        Alfred J.F. Morrow, III
                                        Attorney for Defendant
                                        Trans Union, LLC


JENSEN BAIRD
10 Free Street
P.O. Box 4150
Portland, ME 04112-4150
(207) 775-7271
amorrow@jensenbaird.com

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 3, 2026, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to the parties registered with the CM/ECF system.


Dated:  June 3, 2026                                          /s/ Alfred J.F. Morrow, III
                                                             Alfred J.F. Morrow, III