# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MAINE

ELIJAH D. STEWARD,

        Plaintiff,

    v.

EXPERIAN INFORMATION SOLUTIONS, INC., et al.,

        Defendants.

Case No. 2:26-cv-00065-LEW

## NOTICE OF APPEARANCE

Notice is hereby given that Francis G. Kelleher of Goodwin Procter LLP, an attorney duly admitted to the bar of this court, hereby enters his appearance as counsel of record for Defendant Experian Information Solutions, Inc. in the above-captioned matter.

Dated:  June 3, 2026

    Respectfully submitted,

*/s/ Francis G. Kelleher*
Francis G. Kelleher (Bar No. 8516)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, Massachusetts 02210
Telephone: 617-570-1000
Email:  FKelleher@goodwinlaw.com

*Attorney for Defendant*
*Experian Information Solutions, Inc.*