**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | | |
|---|---|---|
| ELIJAH D. STEWARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 2:26-cv-00065-JCN |
| EXPERIAN INFORMATION | ) | |
| SOLUTIONS, INC., EQUIFAX | ) | |
| INFORMATION SERVICES LLC, and | ) | |
| TRANS UNION LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.2(c), Defendant Experian Information Solutions, Inc. ("Experian") hereby moves the Court for leave to withdraw the appearance of Julian E. L. Gale as counsel for Experian in this action and in support states as follows:

1.      On April 7, 2026, Mr. Gale of the law firm Jones Day appeared as counsel of record for Experian in this matter.

2.      On June 3, 2026, Francis G. Kelleher of Goodwin Proctor LLP entered an appearance for Experian.  His contact information is as follows:  Francis G. Kelleher, Goodwin Proctor LLP, 100 Northern Avenue, Boston, Massachusetts 02210, Telephone: 617-570-1000, Email: FKelleher@goodwinlaw.com

3.      Goodwin Procter LLP will represent Experian going forward.  Accordingly, the withdrawal of Mr. Gale will not delay the adjudication of this matter or otherwise prejudice any party.

4.      Experian consents to this request.  All parties have been notified of this request.

Experian respectfully requests that the Court grant an Order to permit Mr. Gale to withdraw as counsel for Experian in this matter.

EXPERIAN INFORMATION
SOLUTIONS, INC.,

Dated: June 4, 2026

/s/ Seth W. Brewster
Seth W. Brewster
Attorney for Defendant
Experian Information Solutions, Inc.

JENSEN BAIRD
10 Free Street
P.O. Box 4150
Portland, ME 04112-4150
(207) 775-7271
sbrewster@jensenbaird.com


Julian E. L. Gale, Bar No. 6342009
Pro Hac Vice
jgale@jonesday.com
JONES DAY
110 North Wacker Drive
Suite 4800
Chicago, IL  60606
Telephone:     +1.312.782.3939
Facsimile:      +1.312.782.8585

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2026, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to the parties registered with the CM/ECF system.


Dated:  June 4, 2026                              /s/ Seth W. Brewster
                                                  Seth W. Brewster