**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MAINE**

| | |
|---|---|
| ELIJAH D. STEWARD,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; and TRANS UNION, LLC,<br><br>Defendants. | Docket No. 2:26-cv-00065-LEW |

## JOINT STATUS REPORT

Plaintiff Elijah D. Steward ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian" or "Defendant") hereby submit the following Joint Status Report:

1.      On June 3, 2026, Experian filed its Motion to Compel Arbitration and Stay Proceedings (the "Motion")(Docket No. 39). Days later, on June 8, 2026, the Parties appeared before Honorable John C. Nivison, where the Parties discussed the Scheduling Order in the above-captioned matter, as well as Experian's Motion.

2.      In the Court's Amended Scheduling Order (Docket No. 47), entered after the above-mentioned hearing, Honorable John C. Nivison requested that, "If after conferring, Plaintiff or Defendant Experian believes discovery is appropriate prior to a ruling on Defendant Experian's motion to compel arbitration, said party may request a hearing on the issue."

3.      Following the June 8, 2026, Hearing, the Parties have continued to confer regarding whether an agreement can be reached concerning limited document production, corporate representative testimony, and other information relevant to Plaintiff's evaluation of settlement and arbitration. Plaintiff has made a proposal for Experian's consideration. The Parties believe

1

additional time may permit resolution of some or all issues relating to arbitration without further motion practice.

4.      Accordingly, Plaintiff respectfully requests an additional fourteen (14) days to respond to Defendant's Motion to Compel Arbitration should the Parties not reach an agreement.

Respectfully submitted this 15th day of June 2026.

/s/      Duran Keller
Duran Keller, IN 31749-79
*admitted pro hac vice*
**CONSUMER JUSTICE LAW FIRM**
8095 North 85th Way
Scottsdale, AZ 85258
T: (984) 310-0626
E: dkeller@consumerjustice.com

John Z. Steed, Esq. #5399
**ISLAND JUSTICE, LLC**
P.O. Box 771
Stonington, ME 04681
T: (207) 200-7077
E: john@islandjusticelaw.com

*Attorneys for Plaintiff Elijah D. Steward*

/s/      John A. Vogt
John A. Vogt
*admitted pro hac vice*
**GOODWIN PROCTER LLP**
660 Newport Center Drive, Suite 450
Newport Beach, California 92660
T: (949) 743-3412
E: javogt@goodwinlaw.com

Francis G. Kelleher
**GOODWIN PROCTOR LLP**
110 Northern Avenue
Boston, Massachusetts 02210
T: (617) 570-1000
E: fkelleher@goodwinprocter.com

Seth W. Brewster
**JENSEN BAIRD**
10 Free Street, P.O. Box 4510
Portland, Maine 04101
T: (207) 775-7271
E: sbrewster@jensenbaird.com

*Counsel for Defendant*
*Experian Information Solutions, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**CONSUMER JUSTICE LAW FIRM**

By: */s/ Duran Keller*
Duran Keller

3