# UNITED STATES DISTRICT COURT
## District of Maine

Elijah D. Steward
_____ )
                    Plaintiff(s),   )
                                    )
            vs.                     )        Case No. 2:26-cv-00065-LEW
                                    )
Experian Information Solutions, Inc., et al.   )
_____ )
                    Defendant(s).   )

## CERTIFICATION FOR ADMISSION PRO HAC VICE

**The District of Maine is a CM/ECF NextGen Court. If PHV counsel has not previously been granted electronic filing rights with the District of Maine, PHV counsel will now need to submit a PRO HAC VICE request in this District via PACER at www.pacer.uscourts.gov. Note: if the E-File Registration Only link is selected instead of the Pro Hac Vice link the request will be rejected.**

I hereby request admission to the Bar of this Court Pro Hac Vice, in support of which I represent that the answer to the following questions are complete, true and correct:

1. Name: Levi Y. Eidelman

2. State bar membership number(s): NY Bar No. 5742499

3. Firm name, address and telephone number:
   Consumer Justice Law Firm
   72-47 139th Street, Flushing, New York 11367

4. List state and federal courts or bar associations in which you are a member in good standing to practice law:
   See Exhibit A (Attached Hereto)

5. Name, address and telephone number of associated local counsel:
   John Z. Steed; Island Justice, LLC
   P.O. Box 771, Stonington, ME 04681; T (207) 200-7077

6. Party name(s) entering appearance for:
   Plaintiff Elijah D. Steward

7. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar associated, grievance committee or administrative body?                                    ☐Yes  ☑No

8. Have any proceedings, which could lead to any such disciplinary actions as described in question 7, been instituted against you by any such bodies?                 ☐Yes  ☑No
   (You must attach a separate sheet with detailed explanations of Yes answers to Questions 7 or 8.)

9. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this Court?        ☑Yes  ☐No

Dated: 06/15/2026                    John Z. Steed
                                     Signature of Local Counsel

Dated: 06/15/2026                    /s/ Levi Eidelman
                                     Signature of Applicant