**UNITED STATES DISTRICT COURT**
**District of Maine**

ELIJAH D STEWARD  )
　　　　　　　　　Plaintiff(s),  )
　　vs.  )　　　　　Case No. 2:26-cv-00065-LEW
　　　　　　　　　　　　　　　 )
EXPERIAN INFORMATION SOLUTIONS INC, et al  )
　　　　　　　　　Defendant(s).  )

## CERTIFICATION FOR ADMISSION PRO HAC VICE

**The District of Maine is a CM/ECF NextGen Court. If PHV counsel has not previously been granted electronic filing rights with the District of Maine, PHV counsel will now need to submit a PRO HAC VICE request in this District via PACER at www.pacer.uscourts.gov. Note: if the E-File Registration Only link is selected instead of the Pro Hac Vice link the request will be rejected.**

　　I hereby request admission to the Bar of this Court Pro Hac Vice, in support of which I represent that the answer to the following questions are complete, true and correct:

1. Name: Grant Edward Lavelle Schnell

2. State bar membership number(s): Georgia Bar No. 106794; Florida Bar No. 108109

3. Firm name, address and telephone number:
   Goodwin Procter LLP
   1900 N Street, NW, Washington, DC 20036; (202) 346-4000

4. List state and federal courts or bar associations in which you are a member in good standing to practice law:
   Georgia State Bar, Florida State Bar, US Court of Appeals for the 11th Circuit, USDC for the Middle District of Florida, USDC for the Northen District of Florida,
   USDC for the Southern District of Florida, USDC for the Middle District of Georgia, USDC for the Northern District of Georgia, USDC for the Southern District of Georgia.

5. Name, address and telephone number of associated local counsel:
   Francis G. Kelleher
   Goodwin Procter LLP, 100 Northern Avenue, Boston, MA 02210; Phone: (617) 570-1000

6. Party name(s) entering appearance for:
   Defendant Experian Information Solutions, Inc.

7. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar associated, grievance committee or administrative body?　　　　☐Yes ☑No

8. Have any proceedings, which could lead to any such disciplinary actions as described in question 7, been instituted against you by any such bodies?　　　　☐Yes ☑No
   (You must attach a separate sheet with detailed explanations of Yes answers to Questions 7 or 8.)

9. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this Court?　　　　☑Yes ☐No

Dated: 06/16/2026　　　　　　　/s/ Francis G. Kelleher
　　　　　　　　　　　　　　Signature of Local Counsel

Dated: 06/16/2026　　　　　　　_____
　　　　　　　　　　　　　　Signature of Applicant